

GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

Attorneys for Defendant
MBNA AMERICA BANK, N.A.



IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MCDONNELL,<br><br>Plaintiff,<br><br>v.<br><br>MBNA AMERICA BANK, N.A., JODY KANE<br>and BARRY SIMMONS,<br><br>Defendants. | CASE NO. C 06 1383 JW HRL<br><br>**STIPULATION CONTINUING THE HEARING OF PENDING MOTIONS; ORDER THERETO** |

Plaintiff ED McDONNEL ("Plaintiff" or "McDONNEL") and defendant MBNA AMERICA BANK, N.A. ("Defendant" or "MBNA"), through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff has moved to remand the above-entitled action to state court and said motion is scheduled for hearing on April 10, 2006 at 9:00 a.m.;

WHEREAS, MBNA has moved to compel arbitration of the claims stated in the above-entitled action and said motion is set for hearing on April 17, 2006 at 9:00 a.m.;

WHEREAS, the parties desire to take advantage of the Court's ADR Program to attempt to settle this matter prior to expending any further time or resources on briefing the two above motions,

///

THEREFORE THE PARTIES STIPULATE AS FOLLOWS:

1.      The motion to remand be continued to July 10, 2006 at the hour of 9:00 a.m.

2.      The hearing on the motion to compel arbitration be continued to July 17, 2006 at the hour of 9:00 a.m.;

3.      The present stipulation shall be without prejudice to either party's rights with respect to the two motions or to their claims and defenses in the action.

Dated: _____March 29 06_____          ROPERS, MAJESKI, KOHN & BENTLEY

                                       By: _____
                                            GEORGE G. WEICKHARDT
                                            PAMELA J. ZANGER
                                            Attorneys for Defendant
                                            MBNA AMERICA BANK, N.A.

Dated: 3/24/06                         /s/Ronald Wilcox
                                       _____
                                       RONALD WILCOX
                                       Attorney for Plaintiff
                                       ED McDONNEL

## **ORDER**

1.      Plaintiff's motion to remand is hereby **continued from April 10, 2006 at 9:00 .am. to July 10, 2006 at 9:00 a.m.**

2.      Defendant's motion to compel arbitration is hereby **continued from April 17, 2006 at 9:00 a.m. to July 17, 2006 at 9:00 a.m.**

Dated: ___March 28, 2006___          _____
                                      HON. JAMES WARE
                                      JUDGE OF THE U.S. DISTRICT COURT

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

**CASE NAME:**     McDonnell v. MBNA America Bank, N.A., et al.

**ACTION NO.:**     C 06 1383 JW HRL

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **STIPULATION CONTINUING THE HEARING OF PENDING MOTIONS; ORDER THERETO**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**Attys. for Plaintiff**
Ronald Wilcox, Esq.
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax:(408) 296-0486

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 24, 2006, at San Francisco, California.

Eleanor L. Mangonon

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco