**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ed McDonnell, | NO. C 06-01383 JW |
| Plaintiff,<br>v.<br>MBNA America Bank, N.A., et al.,<br>Defendants. | **STIPULATION AND ORDER CONTINUING THE HEARING OF PENDING MOTIONS** |

On June 12, 2006, the parties filed a stipulation continuing the hearing of pending motions. The motions that have been noticed are: 1) Plaintiff's Motion to Remand and 2) Defendants' Motion to Compel Arbitration. To accommodate the parties' efforts with early neutral evaluation, the Court adopts the parties' stipulation. However, due to the Court's own unavailability, the hearing of ***both*** pending motions is set for **September 18, 2006 at 9 a.m.**

Dated: June 26, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

George G. Weickhardt gweickhardt@ropers.com
Pamela J. Zanger pzanger@ropers.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: June 26, 2006**               **Richard W. Wieking, Clerk**

                                       **By:      /s/ JW Chambers**
                                       **Melissa Peralta**
                                       **Courtroom Deputy**