```
1  GEORGE G. WEICKHARDT (SBN 58586)
   PAMELA J. ZANGER (SBN 168350)
2  ROPERS, MAJESKI, KOHN & BENTLEY, PC
   201 Spear Street, Suite 1000
3  San Francisco, California 94105
   Telephone: (415) 543-4800
4  Facsimile: (415) 972-6301

5  Attorneys for Defendant
   MBNA AMERICA BANK, N.A.
```

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE

| | |
|---|---|
| ED MCDONNELL,<br><br>Plaintiff,<br><br>v.<br><br>MBNA AMERICA BANK, N.A., JODY KANE and BARRY SIMMONS,<br><br>Defendants. | CASE NO. C06-1383 JW (HRL)<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE; ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

IT IS HEREBY STIPULATED by and between Plaintiff Ed McDonnell and defendant MBNA America Bank, N.A. that the above-entitled action is dismissed with prejudice.

SO STIPULATED.

Dated: July ____, 2006

[ S ]
_____
RONALD WILCOX
Attorneys for Plaintiff
ED MCDONNELL

```
GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

Attorneys for Defendant
MBNA AMERICA BANK, N.A.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE

| | |
|---|---|
| ED MCDONNELL, <br><br> Plaintiff, <br><br> v. <br><br> MBNA AMERICA BANK, N.A., JODY KANE and BARRY SIMMONS, <br><br> Defendants. | CASE NO. C06-1383 JW (HRL) <br><br> **STIPULATION RE DISMISSAL WITH PREJUDICE; ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

IT IS HEREBY STIPULATED by and between Plaintiff Ed McDonnell and defendant MBNA America Bank, N.A. that the above-entitled action is dismissed with prejudice.

SO STIPULATED.

Dated: ~~July~~ Aug 10, 2006

_____
RONALD WILCOX
Attorneys for Plaintiff
ED MCDONNELL

1  Dated: ~~July~~ Aug 10, 2006       ROPERS, MAJESKI, KOHN & BENTLEY

         By: /s/ Amy Ault
             GEORGE G. WEICKHARDT
             PAMELA J. ZANGER
             Attorneys for Defendant
             MBNA AMERICA BANK, N.A.

# ORDER

IT IS HEREBY ORDERED that the above-entitled case is dismissed with prejudice

Dated: August 16, 2006        /s/ James Ware
                              HON. JAMES WARE
                              U.S. DISTRICT COURT, NORTHERN
                              DISTRICT OF CALIFORNIA

*McDonnel v. MBNA*
**U.S. District Court—Northern (San Jose)**
**Case No.: C06-1383 JW (HRL)**

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

| | |
|---|---|
| CASE NAME: | McDonnell v. MBNA America Bank, N.A., et al. |
| ACTION NO.: | C06-1383 JW (HRL) |

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **STIPULATION RE DISMISSAL WITH PREJUDICE; ORDER**

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.
- ☐ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.
- ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).
- ☒ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**Attys. for Plaintiff**

Ronald Wilcox, Esq.
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax:(408) 296-0486

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 11, 2006, at San Francisco, California.

Scott B. Beaver