GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

Attorneys for Defendant
MBNA AMERICA BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MCDONNELL,<br><br>                      Plaintiff,<br><br>v.<br><br>MBNA AMERICA BANK, N.A., JODY KANE and BARRY SIMMONS,<br><br>                      Defendants. | CASE NO. C 06 1383 JW HRL<br><br>**STIPULATION OF DIMISSAL and [PROPOSED] ORDER** |

This matter has been resolved by a separate settlement agreement. Plaintiff and all defendants hereby stipulate to dismissal of this action.

Dated: 9/8/06

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ (signature)
GEORGE G. WEICKHARDT
PAMELA J. ZANGER
Attorneys for Defendant
MBNA AMERICA BANK, N.A.

Dated: 9/7/06

/s/Ronald Wilcox
RONALD WILCOX
Attorney for Plaintiff
ED McDONNEL

## ORDER

Pursuant to the parties' stipulation the matter is hereby dismissed.

**IT IS SO ORDERED.**

Dated: 9/12/06

_____
HON. JAMES WARE
JUDGE OF THE U.S. DISTRICT COURT

| | |
|---|---|
| CASE NAME: | McDonnell v. MBNA America Bank, N.A., et al. |
| ACTION NO.: | C 06 1383 JW HRL |

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**Attys. for Plaintiff**
Ronald Wilcox, Esq.
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax:(408) 296-0486

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 7, 2006, at San Francisco, California.

*/s/ Eleanor L. Mangonon*

SF/191961 1/EM4 — 1 — POS – McDONNEL v. MBNA
CASE NO. C06 1383 JW HRL